HAAKENSON, Appellant, v. COVERING & SUPPLY CO., Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Daniel Haakenson against

the Covering & Supply Company. J. A. Burdeau, for appellant. F. V. Johnson, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.